

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00845-CV

Raymond G. **ROMERO**,
Appellant

v.

Frank **HERRERA**, Jr.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08392
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to compel arbitration is REVERSED. The case is REMANDED with instructions for the trial court to order the parties to submit the claims at issue in the underlying suit to arbitration. Appellant's appeal of the partial summary judgment order is DISMISSED FOR LACK OF JURISDICTION. We ORDER that appellant recover from appellee the costs he incurred related to this appeal.

SIGNED June 12, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice